IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BUONADONNA, *et al*., <br><br> *Plaintiffs*, <br><br> v. <br><br> SOUTHEAST DELCO SCHOOL DISTRICT, *et al*., <br><br> *Defendants*. | CIVIL ACTION <br> NO. 14-02708 |

## ORDER

**AND NOW**, this 2nd day of March, 2015, upon consideration of Plaintiffs' complaint (ECF No. 1), Defendants' motions to dismiss Plaintiffs' complaint (ECF Nos. 6, 10, 21), Plaintiffs' responses (ECF Nos. 7, 11, 22), and Defendants' replies thereto (ECF Nos. 14, 19), it is hereby **ORDERED** as follows:

1. Defendants' motions to dismiss the complaint are **GRANTED**;

2. Count V is **DISMISSED WITH PREJUDICE**;

3. Counts I-IV are **DISMISSED WITHOUT PREJUDICE**.  Plaintiffs may file an amended complaint consistent with this Order on or before March 23, 2015.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.