IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BUONADONNA, *et al.*,<br><br>        *Plaintiffs*,<br><br>  v.<br><br>SOUTHEAST DELCO SCHOOL DISTRICT, *et al.*,<br><br>        *Defendants*. | CIVIL ACTION<br>NO. 14-02708 |

## ORDER

**AND NOW**, this 18th day of May, 2015, upon consideration of Plaintiffs' amended complaint (ECF No. 30), Defendants' motions to dismiss Plaintiffs' amended complaint (ECF Nos. 31-34), and Plaintiffs' response (ECF No. 35), it is hereby **ORDERED** that:

1. Defendants' motions are **GRANTED**;

2. Plaintiffs' federal civil rights claims against all Defendants under 42 U.S.C. § 1983 are **DISMISSED WITH PREJUDICE**;

3. Plaintiffs' state tort claims against Green for intentional infliction of emotional distress and false imprisonment are **DISMISSED WITHOUT PREJUDICE**; and

4. The Clerk of Court is directed to close this case.

                                                                      BY THE COURT:


                                                              */s/ Gerald J. Pappert*
                                                              GERALD J. PAPPERT, J.